IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET FIORI,

    Plaintiff,                         No. CIV 2:10-cv-2836-GEB-JFM

    vs.

HUHTAMAKI, INC,

    Defendant.                      ORDER

_____/

        A scheduling conference was held in this matter on March 17, 2011. Plaintiff appeared in pro per, and Richard Gray appeared for defendant. At the hearing, plaintiff requested a continuance to seek representation. The court granted the request and continued the conference to April 21, 2011. On April 21, 2011, Ernest Chen appeared for plaintiff and Richard Gray appeared for defendant.

        Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by September 1, 2011.

        2. The parties shall exchange lists of expert witnesses no later than October 1, 2011. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

3.  All expert discovery shall be completed by November 1, 2011.

4.  Dispositive motions shall be noticed to be heard by February 20, 2012.

5.  The pretrial conference is set for April 23, 2012 before the Honorable Garland E. Burrell, Jr. at 1:20 p.m. in courtroom # 10.  Pretrial statements shall be filed pursuant to Local Rule 281.

6.  A jury trial of this matter is set for June 19, 2012 at 9:00 a.m. in courtroom # 10 before Judge Burrell.  The parties shall file trial briefs pursuant to Local Rule 285.

7.  The Clerk of the Court shall forward a copy of this order to Ernest Chen, 1455 Response Road, Suite 120, Sacramento, CA 95815.

DATED: May 2, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/fior2836.oasc