IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET FIORI,

        Plaintiff,                      No. CIV 2:10-CV-2836-GEB-JFM

    vs.

HUHTAMAKI, INC,

        Defendant.              <u>ORDER</u>

_____/

        On September 7, 2011, the parties filed a stipulation to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). In accordance with their stipulation, IT IS HEREBY ORDERED that:

        1. All dates, including the April 23, 2012 pretrial conference before the Honorable Garland E. Burrell, Jr., and the June 19, 2012 trial date, are vacated; and

        2. This case is dismissed with prejudice.

DATED: September 8, 2011.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

/014; fior2836.dism

1